# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130107
(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK ALLEN MURDOCK,
        Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
        Defendant-Appellee.

SC: 130107
COA: 264482
Wayne CC: 03-320706-CZ

_____/

      On order of the Court, the motion for reconsideration of this Court's order of December 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

l0424